IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANGELINA VELAZQUEZ**,

    Plaintiff,

v.

**COURTYARD MANAGEMENT CORPORATION**,

    Defendant.

Case No. 3:16-cv-1438-SB

**ORDER**

**Michael H. Simon, District Judge.**

United States Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation in this case on March 9, 2018. ECF 42. Judge Beckerman recommended that the Court grant Defendant's alternative motion for summary judgment (ECF 32) and allow Defendant to file a fee petition and bill of costs.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

PAGE 1 – ORDER

Plaintiff timely filed an objection. ECF 44. Plaintiff argues generally that she disagrees with Judge Beckerman's recommendation. Plaintiff suggests that certain relevant medical evidence was not presented to the Court, that Defendant "took" her lawyers away from her, and that she failed to attend a mediation because of an injury, but would now agree to mediation.

The Court has reviewed *de novo* Judge Beckerman's Findings and Recommendation, as well as Plaintiff's objection and Defendant's response. The Court agrees with Judge Beckerman's reasoning and ADOPTS the Findings and Recommendation. Defendant's motion for summary judgment (ECF 32) is GRANTED. Defendant may file, no later than April 27, a motion for attorney's fees and bill of costs.

**IT IS SO ORDERED.**

DATED this 13th day of April, 2018.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge